DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Juan Campos-Calvillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JUAN CAMPOS-CALVILLO,<br><br>    *Defendant.* | No. 1:12-cr-0023 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: April 9, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Juan Campos-Calvillo, that the date for status conference in this matter may be continued to April 9, 2012, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is April 2, 2012.  The requested new date is April 9, 2012.**

    The parties are engaged in negotiations that may effect plea offer in this matter.  This short continuance is requested to allow time for further investigation and negotiations regarding the proper resolution of the case.

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3   ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4   the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 29, 2012          By /s/ Ian A. Garriques
                                IAN A. GARRIQUES
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 29, 2012          By /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                Juan Campos-Calvillo

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
IT IS SO ORDERED.

Dated:   March 29, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Campos-Calvillo: Stipulation to Continue Status Conference          2