DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Juan Campos-Calvillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN CAMPOS-CALVILLO, <br><br> Defendant. | No. 1:12-cr-0023 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:  June 25, 2012 <br> Time:  10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Juan Campos-Calvillo, that the date for status conference in this matter may be continued to June 25, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is May 29, 2012. The requested new date is June 25, 2012.**

The parties are engaged in negotiations that may effect plea offer in this matter. This continuance is requested to allow time for further investigation and negotiations regarding the proper resolution of the case.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: May 23, 2012                   By  /s/ Ian A. Garriques
                                                IAN A. GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: May 23, 2012                   By  /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Juan Campos-Calvillo

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   May 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE